**EXHIBIT A**

**Capitol Corporate Services, Inc.**
PO Box 1831
Austin, TX 78767
Phone: (800)345-4647  Fax: (800)432-3622
rassop@capitolservices.com

# Service Of Process Transmittal Notice

| | | |
|---|---|---|
| BRYAN SULLIVAN<br>SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD STE 300<br>HIGHLANDS RANCH COLORADO 80129 | **Date Processed:** | 12/05/2017 |
| | **Completed By:** | FRAN KAUFMAN |
| | **Delivery Method to Client:** | FEDEX 2 DAY LETTER |
| | **Tracking Number:** | 736247217770 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| Date / Time Received | Transmittal # | Delivered to Agent by |
|---|---|---|
| 12/05/2017 11:00 AM in NEW JERSEY | NJ-144528 | PROCESS SERVER |

**With Regard to Client**
SPECIALIZED LOAN SERVICING LLC

**Title of Case or Action**
BRIAN MUHLBAIER AND ELIZABETH MUHLBAIER VS. SPECIALIZED LOAN SERVICING LLC

| Case Number | Type of Document Served |
|---|---|
| BUR-L-2452-17 | CITATION/SUMMONS |

**Court Name**
SUPERIOR COURT OF NEW JERSEY BURLINGTON COUNTY LAW DIVISION

**Note**

1-144528l

## SUMMONS

Attorney(s) KIT APPLEGATE ( NJ ID 016782001)
Office Address 67 MAIN STREET
Town, State, Zip Code VINCENTOWN, NJ 08088

Telephone Number (609) 228-5750
Attorney(s) for Plaintiff
BRIAN MUHLBAIER and
ELIZABETH MUHLBAIER
    Plaintiff(s)

Vs.

SPECIALIZED LOAN SERVICING LLC

    Defendant(s)

**Superior Court of New Jersey**

BURLINGTON COUNTY
LAW DIVISION
Docket No: BUR-L-2452-17

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                                *Michelle M. Smith*
                                               Clerk of the Superior Court

DATED: 11/19/2017

Name of Defendant to Be Served: SPECIALIZED LOAN SERVICING LLC
Address of Defendant to Be Served: C/O Capital Corporate Services, Inc (Reg Agent)
14 Scenic Drive
Dayton, NJ 08810

Revised 09/04/2012, CN 10792-English (Appendix XII-A)

```
BURLINGTON COUNTY
SUPERIOR COURT
49 RANCOCAS ROAD
MT HOLLY         NJ 08060
                                      TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (609) 518-2815
COURT HOURS  8:30 AM - 4:30 PM

                  DATE:    NOVEMBER 09, 2017
                  RE:      MUHLBAIER BRIAN  VS SPECIALIZED LOAN SERVICING L
                  DOCKET:  BUR L -002452 17

     THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON JANET Z. SMITH

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    003
AT:   (609) 288-9500.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
  CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                    ATT: KIT APPLEGATE
                                    KIT APPLEGATE
                                    67 MAIN STREET
                                    VINCENTOWN     NJ 08088

ECOURTS
```

KIT APPLEGATE (NJ ID 016782001)
Attorney at Law
67 Main St.
Vincentown, NJ 08088
(609) 228-5750

PHILIP B. SEATON (249511968)
LAW OFFICE OF PHILIP B. SEATON
309 Fellowship Road, Suite 200
Mount Laurel, NJ 08054
(856) 625-5678
pbseaton@seaton-law.com

Co-Attorneys for Plaintiffs
Brian Muhlbaier and Elizabeth Muhlbaier

| | |
|---|---|
| BRIAN MUHLBAIER and<br>ELIZABETH MUHLBAIER<br><br>  Plaintiffs,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING LLC<br><br>  Defendant. | SUPERIOR COURT OF NEW JERSEY<br>BURLINGTON COUNTY<br>LAW DIVISION<br>CIVIL ACTION<br><br>**COMPLAINT** |

Plaintiffs Brian Muhlbaier and Elizabeth Muhlbaier, by and through undersigned counsel, file this Complaint against Defendant Specialized Loan Servicing LLC and in support thereof allege as follows:

## PARTIES

1. Plaintiffs Brian Muhlbaier and Elizabeth Muhlbaier are individuals with an address of 1174 Karin St, Vineland, NJ 08360.

2. Defendant Specialized Loan Servicing LLC is a limited liability company with an address of 8742 Lucent Blvd., Suite 300, Highlands Ranch, Colorado.

## FACTUAL ALLEGATIONS

3. On April 29, 2005, Plaintiffs Brian and Elizabeth Muhlbaier purchased 31 Preamble Dr., Mt. Laurel, New Jersey (the "Property"), for a purchase price of $892,000.

4. On the same date, plaintiffs granted Country Home Loans, Inc. a mortgage on the Property to secure a promissory note of the same date for $713,600.

5. The Property was insured under a homeowner's policy issued by New Jersey Manufacturers Insurance, with the plaintiffs and the mortgagee of the Property listed as the loss payees.

6. On December 14, 2011, Countrywide Home Loans, Inc. assigned the mortgage it held on the Property to Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee.

7. Defendant Specialized Loan Servicing LLC ("SLS") became the loan servicer for the mortgagee.

8. Starting in 2008, between the onset of the recession and a medical disability, plaintiffs experienced a sharp decrease in their combined incomes and were unable to stay current on their mortgage payments for the Property.

9. On January 13, 2014, it was discovered that an interior water pipe at the Property had burst and caused significant water damage to the Property.

10. Plaintiffs submitted a claim under their homeowner's insurance policy with New Jersey Manufacturers Insurance for the damage to the Property.

11. While the insurance claim was being investigated and adjusted by New Jersey Manufacturers Insurance, plaintiffs applied for a foreclosure prevention option with SLS under

2

the Making Home Affordable Program and specifically requested that SLS accept a deed in lieu of foreclosure.

12.     While SLS considered plaintiffs' request to accept a deed in lieu of foreclosure, on May 5, 2015, New Jersey Insurance Manufacturers issued a check ("NJM Check") in resolution of plaintiffs' insurance claim for $253,560.61. The NJM Check was made payable to "Elizabeth A Muhlbaier & Brian J Muhlbaier & Specialized Loan Servicing LLC."

13.     On March 4, 2016, SLS notified plaintiffs that it would accept a deed in lieu of foreclosure.

14.     Plaintiffs signed a Deed In Lieu of Foreclosure dated April 29, 2016, and transferred title to the Property to Structured Asset Mortgage Investments II Inc., Bear Sterns ARM Trust, Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee.

15.     Under the Making Home Affordable Program, by accepting the Deed in Lieu of Foreclosure from plaintiffs, Structured Asset Mortgage Investments II Inc., Bear Sterns ARM Trust, Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee, forfeited its ability to pursue a deficiency judgment against the plaintiffs. To that end, the Deed in Lieu of Foreclosure that plaintiffs signed stated that the consideration for the deed was the agreement of Structured Asset Mortgage Investments II Inc., Bear Sterns ARM Trust, Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee, "to forbear taking any action against [plaintiffs] to collect on the obligations secured by the mortgage . . . and to not seek, obtain or permit a deficiency judgment against [plaintiffs]."

16. Following the acceptance of the Deed In Lieu of Foreclosure, SLS issued a Form 1099-A to plaintiffs that identified the outstanding balance on the mortgage as being $708,302.87, and the fair market value of the Property as being $635,000.00.

17. Notwithstanding the agreement of Structured Asset Mortgage Investments II Inc., Bear Sterns ARM Trust, Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee to accept the Deed In Lieu of Foreclosure and not pursue a deficiency action against plaintiffs, SLS, as its loan servicer, refuses to endorse the NJM Check over to plaintiffs and contends it has an interest in the proceeds of the NJM check.

## COUNT ONE
## DECLARATORY JUDGMENT

18. Plaintiffs incorporate by the reference the allegations of the preceding paragraphs.

19. The purpose of a homeowner's policy in protecting the mortgagee's interest is to secure payment of the balance of the debt evidenced by the mortgage note in the event the property should be damaged or destroyed. Thus, when a mortgagee has acquired property after a loss, its recovery under the homeowner's policy is limited to the amount of the deficiency after acquisition. If the property was acquired in full satisfaction of the debt, then the mortgagee is not entitled to any of the insurance proceeds.

20. Here, Structured Asset Mortgage Investments II Inc., Bear Sterns ARM Trust, Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee, acquired the Property from plaintiffs by Deed In Lieu of Foreclosure in full satisfaction of the debt then due and owing by plaintiffs. Indeed, the recited consideration for the Deed In Lieu of Foreclosure was the mortgagee's agreement "to forbear taking any action against [plaintiffs] to collect on the obligations secured by the mortgage . . . and to not seek, obtain or permit a deficiency judgment against [plaintiffs]."

4

21. Notwithstanding its acceptance of the Deed in Lieu of Foreclosure and title to the Property as full satisfaction of plaintiffs' debt, SLS still contends it has an interest in the proceeds of the NJM Check and refuses to endorse the check over to plaintiffs.

22. The New Jersey Declaratory Judgment Act, N.J.S.A. 2A:16-51 *et seq.*, authorizes the courts to declare rights, status and other legal relations so as to afford litigants relief from uncertainty and insecurity. To maintain such an action, there must be a "justiciable controversy" between adverse parties, and the plaintiff must have an interest in the suit.

23. Here, there is a justiciable controversy between plaintiffs and SLS. Plaintiffs contends that SLS has no interest in the NJM Check, and SLS contends that it does.

24. Accordingly, plaintiffs request and seek a declaratory judgment declaring plaintiffs' and SLS's respective rights to the proceeds of the NJM Check.

WHEREFORE, Plaintiff Brian Muhlbaier and Elizabeth Muhlbaier seek a declaratory judgment from this Court declaring that Defendant Specialized Loan Servicing LLC has no right or interest in the proceeds of the NJM Check and directing that it endorse the NJM Check over to the plaintiffs, plus any such other relief as the Court deems equitable and just.

## DESIGNATION OF TRIAL COUNSEL

Philip B. Seaton, Esquire is hereby designated as trial counsel for Plaintiffs Brian Muhlbaier and Elizabeth Muhlbaier.

## RULE 4:5-1(b)(2) CERTIFICATION

The matter is controversy is not presently the subject of any other action contemplated or pending in any court or of a contemplated or pending arbitration proceeding. Plaintiff is not aware of any non-party who should be joined in the action pursuant to Rule 4:28 or who is

subject to joinder pursuant to Rule 4:29-1(b) because of potential liability to any party on the basis of the same transactional facts.

Dated: November 9, 2017

/s/ *Kit Applegate*
KIT APPLEGATE (NJ ID 016782001)
Attorney at Law
67 Main St.
Vincentown, NJ 08088
(609) 228-5750

PHILIP B. SEATON (249511968)
LAW OFFICE OF PHILIP B. SEATON
309 Fellowship Road, Suite 200
Mount Laurel, NJ 08054
856-625-5678
pbseaton@seaton-law.com

Co-Attorneys for Plaintiffs
Brian Muhlbaier and Elizabeth Muhlbaier

6

# Civil Case Information Statement

## Case Details: BURLINGTON | Civil Part Docket# L-002452-17

**Case Caption:** MUHLBAIER BRIAN VS SPECIALIZED LOAN SER VICING L
**Case Initiation Date:** 11/09/2017
**Attorney Name:** KIT APPLEGATE
**Firm Name:** KIT APPLEGATE
**Address:** 67 MAIN ST.
VINCENTOWN NJ 08088
**Phone:**
**Name of Party:** PLAINTIFF : Muhlbaier, Brian
**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION
**Document Type:** Complaint
**Jury Demand:** NONE
**Hurricane Sandy related?** NO
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO
If yes, is that relationship:
Does the statute governing this case provide for payment of fees by the losing party? NO
Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

11/09/2017                                                          /s/ KIT APPLEGATE
Dated                                                               Signed