IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MUHLBAIER and ELIZABETH MUHLBAIER,<br><br>       Plaintiffs,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>       Defendant. | CIVIL ACTION NO. 1:18-cv-00125-RBK-JS |

**DEFENDANT SPECIALIZED LOAN SERVICING LLC'S**
**<u>NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>**

TO: Kit Applegate, Esq.
   67 Main Street
   Vincentown, NJ 09088

   Phillip B Seaton
   Law Office of Philip B Seaton
   309 Fellowship Rd, Ste 200
   Mount Laurel, NJ 08054

   *Attorneys for Plaintiffs*

   PLEASE TAKE NOTICE that on February 19, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for defendant Specialized Loan Servicing LLC ("SLS") will move before the United States District Court for the District of New Jersey, the Honorable Robert B. Kugler presiding, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order dismissing plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

   PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the accompanying memorandum of law in support of this motion.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached hereto.

DATED: January 25, 2018  /s/ *Daniel C. Fanaselle*
Daniel JT McKenna, Esquire
mckennad@ballardspahr.com
Daniel C. Fanaselle, Esquire
fanaselled@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
T: 856.761.3400
F: 856.761.1020

*Attorneys for Defendant Specialized Loan Servicing LLC*